1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT
                              CENRAL DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| SHERYL ELAINE TREAT,<br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 21-cv-01388-GJS<br><br>**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)** |

   Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of FOUR THOUSAND FIVE HUNDRED [$4,500.00], as authorized by 28 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation

Dated:  March 9, 2023

_____
HON.  GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28